No. D–2206. IN RE DISBARMENT OF GASKINS. Oscar Norman Gaskins, of Philadelphia, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.